Honorable Judge Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

MACY SMITH AND SALLY JOHNSON, individually, and as representatives of a Class of Participants and Beneficiaries of the Recreation and Equipment, Inc. Retirement and Profit Sharing Plan,

Plaintiff,

vs.

RECREATIONAL EQUIPMENT, INC., BOARD OF DIRECTORS OF RECREATIONAL EQUPMENT, INC.; AND RETIREMENT PLAN COMMITTEE OF RECREATIONAL EQUIPMENT, INC.,

Defendant.

Case No. 3:24-cv-06032-TMC

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs Macy Smith and Sally Johnson ("Plaintiffs") and Defendant Recreational Equipment, Inc., Board of Directors of Recreational Equipment, Inc., and Retirement Plan Committee of Recreational Equipment, Inc. (collectively "REI") have filed their Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint, up through and including February 21, 2025, for REI to answer, present defenses, or otherwise respond to Plaintiffs' Complaint.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

IT IS HEREBY ORDERED that REI shall file its responsive pleading no later than February 21, 2025.

DATED: 13th of January, 2025.

HONORABLE TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Kjersten H. Turpen*

Kjersten H. Turpen. WSBA #38012
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: (503) 552-2140
Facsimile: (503) 224-4518
Email: kjersten.turpen@ogletreedeakins.com
*Attorneys for Defendants Recreational Equipment, Inc., Board of Directors of Recreational Equipment, Inc., and Retirement Plan Committee of Recreational Equipment, Inc.*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT- 2
Case No. 3:24-cv-06032-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

Approved as to Form; Presentation Waive:

DEBOFSKY LAW, LTD.

By: */s/ Marie E. Casciari*
  Marie E. Casciari, WSBA #58223
  3101 Western Avenue, Suite 350
  Seattle, WA  98121
  Telephone:  (206) 752-5491
  Facsimile:  (312) 600-4426
  Email:  mcasciari@debofsky.com

WALCHESKE & LUZI, LLC

By: */s/ Paul M. Secunda*
  Paul M. Secunda
  *(pro hac vice admission pending)*
  235 North Executive Drive, Suite 240
  Brookfield, Wisconsin  53005
  Telephone:  (414) 828-2372
  Facsimile:  (262) 565-6469
  Email:  spsecunda@walcheskeluzi.com l

*Attorneys for Plaintiffs and Proposed Class*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT- 3
Case No. 3:24-cv-06032-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518