## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MACY SMITH AND SALLY JOHNSON, individually and on behalf others similarly situated<br><br>                    Plaintiff,<br>   v.<br><br>RECREATIONAL EQUIPMENT INC.; BOARD OF DIRECTORS OF RECREATIONAL EQUIPMENT INC.; RETIREMENT PLAN COMMITTEE OF RECREATIONAL EQUIPMENT INC<br><br>                    Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:24-cv-06032-TMC |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- The motion to dismiss (Dkt. 30) is GRANTED and the claims are DISMISSED with prejudice.

Dated July 16, 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>*/s/Morgan Hinton*</u>
Deputy Clerk
